

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

Kennedi Broussard, individually and on behalf of all those similarly situated

Civil Action No. __25-cv-2182-WQH-JLB__

**Plaintiff,**

**V.**

Oakcha

**JUDGMENT IN A CIVIL CASE**

**Defendant.**

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

That Plaintiff's claims against Defendant are dismissed without prejudice.

**Date:** _____1/12/26_____

**CLERK OF COURT**
**JOHN MORRILL, Clerk of Court**
By:  s/  B. Chandler
B. Chandler, Deputy